## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION



| | |
|---|---|
| JUAN CASTANON AND ROCIO CASTANON, § § § | |
| Plaintiffs, § | |
| § | CIVIL ACTION NO. 2:15-cv-00190-J |
| v. § | |
| § | |
| ALLSTATE TEXAS LLOYD'S AND JENNIFER BLAIR, § § § | |
| Defendants. § | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Juan Castanon's and Rocio Castanon's and Defendants Allstate Texas Lloyd's and Jennifer Blair's Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on the 11th day of JANUARY, 2016.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND CONTENT:**

*/s/ Rene M. Sigman*
Rene M. Sigman
State Bar No. 24037492
THE MOSTYN LAW FIRM
3810 W. Alabama St.
Houston, TX 77027
Telephone: (713) 861-6616
Telecopy:   (713) 861-8084
rmsdocketefile@mostynlaw.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Roger D. Higgins*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Vanessa Rosa
State Bar No. 24081769
vrosa@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Telecopy:   (214) 871-8209

**ATTORNEYS FOR DEFENDANTS**